UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FIELDTURF ARTIFICIAL TURF
MARKETING AND SALES PRACTICES
LITIGATION                                                                                        MDL No. 2779

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –1)

On June 1, 2017, the Panel transferred 3 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2017). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Michael A. Shipp.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Shipp.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 1, 2017, and, with the consent of that court, assigned to the Honorable Michael A. Shipp.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 15, 2017

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: FIELDTURF ARTIFICIAL TURF
MARKETING AND SALES PRACTICES
LITIGATION                                                                 MDL No. 2779

### SCHEDULE CTO−1 – TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 5 | 16−00204 | Chaffey Joint Union High School District et al v. Fieldturf USA, Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 17−01712 | Pajaro Valley Unified School District (PVUSD) v. FieldTurf USA, Inc. et al |
| NORTH CAROLINA WESTERN | | | |
| NCW | 1 | 17−00083 | Cherokee Central Schools v. FieldTurf USA, Inc. et al |
| PENNSYLVANIA WESTERN | | | |
| PAW | 2 | 17−00374 | NESHANNOCK TOWNSHIP SCHOOL DISTRICT v. FIELDTURF USA,INC. et al |
| TEXAS SOUTHERN | | | |
| TXS | 1 | 17−00072 | Brownsville Independent School District v. FieldTurf USA, Inc. et al |